Aime BURIE et al., Libelants-Appellants,

v.

OVERSEAS NAVIGATION CORP., Sirena Shipping Co., S.A., Panama, and the S.S. LOMALAND, her engines, boilers, tackle and appurtenances, etc., Respondants-Appellees.

No. 49, Docket 27788.

United States Court of Appeals
Second Circuit.

Argued Oct. 11, 1963.

Decided Oct. 29, 1963.

Herbert Lebovici, of Lebovici & Safir, New York City (Harold D. Safir, of Lebovici & Safir, New York City, on the brief), for libelants-appellants.

Lawrence J. Mahoney, of Dougherty, Ryan, Mahoney & Pellegrino, New York City, for respondents-appellees.

Before CLARK, MOORE and KAUFMAN, Circuit Judges.

PER CURIAM.

Judgment for defendants affirmed on the opinion of Judge Cooper, D.C.S.D. N.Y., 205 F.Supp. 182.

The USAF TIMBER HITCH, her engines, boilers, tackle, appurtenances, etc., and Robert B. Franks et al., Appellants,

v.

UNITED STATES of America, Appellee.

No. 19976.

United States Court of Appeals
Fifth Circuit.

Nov. 6, 1963.

Richard P. Long, New York City, C. Paul Barker, New Orleans, La., Benjamin Silverman, Savannah, Ga., Wikler, Gottlieb, Stewart & Long, John P. MacArthur, New York City, Dodd, Hirsch, Barker & Meunier, New Orleans, La., for appellants.

John C. Eldridge, Morton Hollander, Attys., Dept. of Justice, Washington, D. C., John W. Douglas, Asst. Atty. Gen., Donald H. Fraser, U. S. Atty., Washington, D. C., for appellee.

Before RIVES and JONES, Circuit Judges, and DAWKINS, District Judge.

PER CURIAM.

The controversy from which this appeal arose has become moot. The appeal is

Dismissed.